Certificate Number: 12433-PAE-DE-037223003

Bankruptcy Case Number: 23-10515



12433-PAE-DE-037223003

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 1, 2023</u>, at <u>3:28</u> o'clock <u>PM EST</u>, <u>Fannie Lewis</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 1, 2023</u>         By:  <u>/s/Candace Jones</u>

Name:  <u>Candace Jones</u>

Title:  <u>Counselor</u>