IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           : Chapter 13

Fannie C. Lewis                  : Case No. 23-10515-amc

    Debtor(s)

NOTICE OF RESCHEDULED MEETING OF CREDITORS
AND CERTIFICATE OF SERVICE

    The Meeting of Creditors that was originally scheduled for April 12, 2023 at 10:30AM has been rescheduled to **May 10, 2023** at **1:10PM** at ALTERNATE TELEPHONE CONFERENCE.

    A copy of this notice is being served on all creditors and the Chapter 13 Trustee.

    /s/ David M. Offen
    David M. Offen Esq.
    Attorney for Debtor

Dated:  March 29, 2023