United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-10515-amc

Fannie C. Lewis  Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 2
Date Rcvd: Jun 16, 2023   Form ID: 318   Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Fannie C. Lewis, 5904 Cedar Avenue, Philadelphia, PA 19143-1128 |
| 14759353 | + | James Lewis, 5528 Whitby Avenue, Philadelphia, PA 19143-4015 |
| 14759356 | | Penn Dental Medicine, 240 South 40th Street, Philadelphia, PA 19104-6030 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Jun 17 2023 04:41:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Jun 17 2023 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jun 17 2023 04:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 17 2023 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14759349 | | EDI: CBSAMERIMARK | Jun 17 2023 04:41:00 | AmeriMark Premier, PO Box 2845, Monroe, WI 53566-8045 |
| 14759350 | + | EDI: CAPITALONE.COM | Jun 17 2023 04:41:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14759351 | | EDI: CBSAMERIMARK | Jun 17 2023 04:41:00 | Carol Wright Gifts, Dr. Leonard's Shop Now Pay Plan, POB 2852, Monroe, WI 53566-8052 |
| 14759352 | + | EDI: WFNNB.COM | Jun 17 2023 04:41:00 | Comenitycb/haband, Po Box 182120, Columbus, OH 43218-2120 |
| 14759355 | | EDI: AGFINANCE.COM | Jun 17 2023 04:35:00 | Onemain, PO Box 740594, Cincinnati, OH 45274-0594 |
| 14759357 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 17 2023 00:42:00 | PNC Bank, PO Box 71335, Philadelphia, PA 19176-1335 |
| 14759358 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 17 2023 00:42:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14759359 | ^ | MEBN | Jun 17 2023 00:36:48 | Quality Asset Recovery, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 14759360 | + | EDI: CITICORP.COM | Jun 17 2023 04:41:00 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14759361 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 17 2023 00:43:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |

Case 23-10515-amc    Doc 18    Filed 06/18/23    Entered 06/19/23 00:44:52    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 16, 2023 | Form ID: 318 | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| 14759362 | + | EDI: CBS7AVE | Jun 17 2023 04:41:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14759363 | | EDI: CBSMASON | Jun 17 2023 04:35:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 14759364 | + | EDI: CITICORP.COM | Jun 17 2023 04:41:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14759354 | *+ | James Lewis, 5528 Whitby Avenue, Philadelphia, PA 19143-4015 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Fannie C. Lewis dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R2, Mortgage-Backed Notes, Series 2021-R2 mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Fannie C. Lewis<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3657<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 23–10515–amc | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Fannie C. Lewis

6/15/23

**By the court:**   <u>Ashely M. Chan</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**